UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAKIM HUGHES,

    Plaintiff,

v.                                            Case No.  8:21-cv-1495-WFJ-JSS

PINELLAS COUNTY JAIL,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on review of the case file.  On August 18, 2021, the Court denied Plaintiff's motion to proceed *in forma pauperis* because it was incomplete and ordered Plaintiff to provide the required information or pay the filing fee in full by September 8, 2021. (Doc. 8). The order was mailed to the address on file for Plaintiff at the Pinellas County Jail, but was returned undeliverable, marked "released."

Plaintiff is responsible for updating his address with the Court, which he acknowledged when he signed the Complaint in this case. (Doc. 1 at 11). Accordingly, due to Plaintiff's lack of prosecution in this case, it is **ORDERED** that:

1. The case is **DISMISSED** without prejudice.

2. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE